IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IRMA HALL,

    Plaintiff,

v.  CASE NO. 1:10-cv-00204-MP-WCS

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 15, Report and Recommendation of the Magistrate Judge, recommending that the decision of the Commissioner, denying benefits, be reversed and this case remanded for further consideration. The time for filing objections has passed, and none have been filed. The Court agrees with the Magistrate Judge that the ALJ's decision to reject the opinions of Drs. Jaffe and Valentine is not supported by substantial evidence in the record, and that it was error not to give those opinions substantial weight. The Court also agrees that the correct procedure in this case is to remand the case to the Commissioner with the direction that substantial weight be given to the opinions of those treating physicians. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge is accepted and incorporated herein. The decision of the Commissioner, denying benefits, is reversed and the case remanded for reconsideration in light of this order and the Report and Recommendation, to give substantial weight to the opinions of treating physicians Drs. Jaffe and Valentine.

**DONE AND ORDERED** this _5th_ day of October, 2011

          *s/Maurice M. Paul*
          Maurice M. Paul, Senior District Judge